# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** : | CIVIL ACTION NO. 1:16-CV-712 |
| : | |
| : | (Chief Judge Conner) |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| **ANGINO LAW FIRM, P.C.,** *et al.*, : | |
| : | |
| Defendants : | |

## ORDER

AND NOW, this 7th day of December, 2016, upon consideration of the motion (Doc. 21) to dismiss counterclaims and strike jury demand filed by plaintiff Branch Banking and Trust Company, and the parties' respective briefs in support of and opposition to said motion (Docs. 23-25), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. BB&T's motion (Doc. 21) to dismiss counterclaims and strike jury demand is GRANTED.

2. The jury trial demand is STRICKEN from defendants' answer (Doc. 17).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania