# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** | : | **CIVIL ACTION NO. 1:16-CV-712** |
| | : | |
| | : | **(Chief Judge Conner)** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **ANGINO LAW FIRM, P.C.,** *et al.*, | : | |
| | : | |
| Defendants | : | |

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** | : | **CIVIL ACTION NO. 1:16-CV-713** |
| | : | |
| | : | **(Chief Judge Conner)** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **ANGINO LAW FIRM, P.C.,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 15th day of June, 2018, upon consideration of the motion (Doc. 43)[1] for judgment on partial findings filed by defendants in the above-captioned actions pursuant to Federal Rule of Civil Procedure 52(c), wherein defendants request that the court enter judgment against plaintiff on its claims for attorneys' fees, appraisal charges, late fees, and other costs, and the court observing that Rule 52(c) permits the court to enter a judgment on partial findings in a bench

---

[1] Defendants filed an identical motion in each of the above-captioned matters. For ease of reference, the court cites only to docket entries in the first-filed action, Branch Banking and Trust Company v. Angino Law Firm, P.C., *et al.*, No. 1:16-CV-712.

trial if "a party has been fully heard on an issue . . . and the court finds against the party on that issue," FED. R. CIV. P. 52(c), and the court further observing that a bench trial is scheduled for Tuesday, June 19, 2018 in the above-captioned actions, it is hereby ORDERED that defendants' motion (Doc. 43) is DISMISSED as premature without prejudice to defendants' right to reassert same after the close of plaintiff's case in chief.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania