# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** | : | **CIVIL ACTION NO. 1:16-CV-712** |
| | : | |
| | : | **(Chief Judge Conner)** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **ANGINO LAW FIRM, P.C.,** *et al.*, | : | |
| | : | |
| Defendants | : | |

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** | : | **CIVIL ACTION NO. 1:16-CV-713** |
| | : | |
| | : | **(Chief Judge Conner)** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **ANGINO LAW FIRM, P.C.,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER & JUDGMENT

AND NOW, this 17th day of September, 2018, upon consideration of the complaints filed April 28, 2016, and following a bench trial held on June 19, 2018, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Judgement is entered in favor of plaintiff Branch Banking and Trust Company ("BB&T"), and against defendants as follows:

    a. Principal and interest due on the line of credit note in the amount of $600,000 (principal) and $57,741 (interest) plus any interest that has accrued since June 15, 2018.

  b. Principal and interest due on the term loan note in the amount of $9,174.41 (principal) and $4,274.46 (interest) plus any interest that has accrued since June 15, 2018.

  c. Late charges in the amount of $9,161.56.

  d. Appraisal fees in the amount of $14,000.

  e. Attorneys' fees and costs in the amount of $163,865.30 and $5,431.94, respectively.

2. The Clerk of Court is directed to CLOSE both of the above-captioned cases.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania