# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** | : | **CIVIL ACTION NO. 1:16-CV-712** |
| | : | |
| | : | **(Chief Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **ANGINO LAW FIRM, P.C.**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** | : | **CIVIL ACTION NO. 1:16-CV-713** |
| | : | |
| | : | **(Chief Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **ANGINO LAW FIRM, P.C.**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 9th day of May, 2019, upon consideration of defendants' motions for "reconsideration *en banc* and/or a new trial," (Doc. 70), for recusal, (Doc. 74), to "reopen the dockets and remove judgments," (Doc. 75), and to "strike and/or

vacate judgments," (Doc. 85),[1] and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that said motions are DENIED.

                                     /S/ CHRISTOPHER C. CONNER
                                     Christopher C. Conner, Chief Judge
                                     United States District Court
                                     Middle District of Pennsylvania

---

[1] Duplicate post-trial motions were filed in case numbers 1:16-CV-712 and 1:16-CV-713. The motions appear at identically numbered docket entries in each case.